IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| *IN RE:* NON-JUDICIAL CIVIL FORFEITURE PROCEEDING | : : : | |
| Assets: One (1) unknown Receiver/Frame, unknown caliber, no Serial Number; One (1) unknown Receiver/Frame, unknown Caliber, no Serial Number; One (1) Ruger Single Six Revolver, .22 caliber, Serial Number 262-09820, One (1) Armscor of the Philippines (Squires Bingham), M20P rifle; One (1) Mossberg 535, 12 gauge shotgun, Serial Number: AT007577; Four (4) rounds of assorted .22 caliber ammunition; Seventy-five (75) rounds of assorted ammunition, unknown caliber; One hundred eight-one (181) rounds of assorted ammunition, unknown caliber; and Three hundred ninety-six (396) rounds of assorted ammunition, unknown caliber. | : : : : : : : : : : : : : : | No. 3:16-MC-1 (CAR) |
| ATF Case No.: 760545-16-0011 | : : | |
| Seized: January 22, 2016   Hull, Georgia; | : : : | |
| Referred for judicial action. | : : | |
| Jeffrey Jones and Ernest Joseph Jones   Claimants. | : : : : | |

### ORDER ON MOTION TO CLOSE MISCELLANEOUS CASE

Before the Court is the United States' Motion to Close this miscellaneous case. On June 14, 2016, the United States requested an extension of time to commence a judicial action regarding property to which Claimants Jeffrey Jones and Earnest Joseph

1

Jones filed administrative claims. The Court granted the Motion and subsequently granted the United States' second requested extension on August 17, 2016. On September 13, 2016, the Grand Jury indicted Defendant Jeffrey Jones with possession of a firearm by a drug user, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2); and possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d).

The Indictment's Forfeiture Notice included the following property: one (1) unknown Receiver/Frame, unknown caliber, no Serial Number; one (1) unknown Receiver/Frame, unknown caliber, no Serial Number; one (1) Ruger Single Six Revolver, .22 caliber, Serial Number: 262-09820; one (1) Armscor of the Philippines (Squires Bingham), M20P rifle; one (1) Mossberg 535, 12 gauge shotgun, Serial Number: AT007577; four (4) rounds of assorted .22 caliber ammunition; seventy-five (75) rounds of assorted ammunition, unknown caliber; one hundred eighty-one (181) rounds of assorted ammunition, unknown caliber; and three hundred ninety-six (396) rounds of assorted ammunition, unknown caliber.

Because the firearms and ammunition included in the Indictment of Defendant Jeffrey Jones are the same property listed in the United States' Motions to Extend Time to Commence Judicial Action [Docs. 1, 3], the United States represents no further action is needed in this case. Therefore, the Court **HEREBY GRANTS** the United States' Motion to Close [Doc. 5] and **ORDERS** this miscellaneous case to be **CLOSED**.

**SO ORDERED,** this 24th day of January, 2017.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT
